Application granted. The initial conference is adjourned from July 13, 2026 to July 21, 2026 at 10:30 a.m. using the same dial-in information previously provided.

The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 43.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
July 10, 2026

**Office of the New York State Attorney General**

**...ames**
**...neral**

**Via ECF**
Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

RE: *LaTouche v. Bodge*, 25 Civ. 1856 (PMH)

Dear Judge Halpern:

I write on behalf of the Office of the New York State Attorney General ("OAG"), which represents Defendant Lieutenant Brian J. Bodge ("Defendant Bodge") in the above-referenced action. This matter is currently scheduled for an initial conference to be held on July 13, 2026 at 10:30 a.m. (Dkt. No. 38). I write to respectfully request that the conference be rescheduled to a date and time at the Court's convenience.

By way of background, Plaintiff filed the instant action on March 3, 2025 against Defendant Bodge and Superintendent Elaine Velez. (Dkt. No. 2). On October 29, 2025, Defendant Bodge and Superintendent Velez filed a fully dispositive Motion to Dismiss. (Dkt. Nos. 28-30). On May 27, 2026, the Court issued an Opinion and Order granting the motion in part and denying in part. (Dkt. No. 36). In its Opinion and Order, the Court terminated Superintendent Velez as a defendant and directed Defendant Bodge to file his Answer to Plaintiff's Complaint by June 10, 2026. (*Id.*). Defendant Bodge filed his Answer on June 8, 2026 (Dkt. No. 37), after which the Court scheduled the initial conference (Dkt. No. 38).

Plaintiff is an incarcerated individual currently housed at Sing Sing Correctional Facility ("Sing Sing"). On June 26, 2026, my office contacted Sing Sing to request that Plaintiff be produced at the above-referenced date and time. My office continued to follow up with Sing Sing, but did not receive a response until late in the day July 9, 2026, when the facility informed us that they do not have availability for that date and time. My office promptly followed up with Sing Sing, but did not receive a response that day. My office once again followed up early morning on July 10, 2026 in an attempt to ascertain dates on which the facility could produce Plaintiff for an initial conference, but we were informed that the employee responsible for scheduling is not working and cannot provide the requested information.

In light of the foregoing, I respectfully request that the Court adjourn the initial conference

to a date and time that are convenient for the Court. I apologize to the Court for the last-minute nature of this request and will ensure that Plaintiff is made available for the next conference.

I thank the Court for its attention to this matter.

Respectfully,

*/s/ Daniel Luedtke*
Daniel Luedtke
Assistant Attorney General
(212) 416-8213
daniel.luedtke@ag.ny.gov

cc: Valery LaTouche
DIN 05A5812
Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY 10562
(**Via First Class Mail**)

**DECLARATION OF SERVICE**

**ISAURA TORRES**, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

That on July 10, 2026, in this action, I caused to be served a copy of Defendant's Request to Adjourn the July 13, 2026 Initial Conference on Valery LaTouche, plaintiff *pro se*, at the following address designated in the docket of this case:

Valery LaTouche
DIN 05A5812
Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY 10562

by having it mailed via the United States Postal Service.

Dated: July 10, 2026
New York, New York

Isaura Torres
Legal Assistant II