Application granted. The initial conference is adjourned from July 21, 2026 at 10:30 a.m. to July 21, 2026 at 11:00 a.m. using the same dial-in information previously provided.

The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 45.

SO ORDERED.

_______________________
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
July 20, 2026

**Office of the New York State Attorney General**

**nes**
**eral**

**<u>Via ECF</u>**
Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

RE: <u>*LaTouche v. Bodge*, 25 Civ. 1856 (PMH)</u>

Dear Judge Halpern:

I write on behalf of the Office of the New York State Attorney General ("OAG"), which represents Defendant Lieutenant Brian J. Bodge ("Defendant Bodge") in the above-referenced action. This matter is currently scheduled for an initial conference to be held on July 21, 2026 at 10:30 a.m. (Dkt. No. 44). I write to respectfully request that the conference instead begin at 11:00 a.m.

By way of background, Plaintiff filed the instant action on March 3, 2025 against Defendant Bodge and Superintendent Elaine Velez. (Dkt. No. 2). On October 29, 2025, Defendant Bodge and Superintendent Velez filed a fully dispositive Motion to Dismiss. (Dkt. Nos. 28-30). On May 27, 2026, the Court issued an Opinion and Order granting the motion in part and denying in part. (Dkt. No. 36). In its Opinion and Order, the Court terminated Superintendent Velez as a defendant and directed Defendant Bodge to file his Answer to Plaintiff's Complaint by June 10, 2026. (*Id.*). Defendant Bodge filed his Answer on June 8, 2026 (Dkt. No. 37), after which the Court scheduled an initial conference for July 13, 2026 (Dkt. No. 38).

Plaintiff is an incarcerated individual currently housed at Sing Sing Correctional Facility ("Sing Sing"). Due to scheduling complications at the facility, I filed a Letter Motion on July 10, 2026 requesting that the July 13, 2026 conference be adjourned to a date and time convenient for the Court. (Dkt. No. 43). The Court granted the Letter Motion that same day, adjourning the conference to its currently scheduled date of July 21, 2026, to commence at 10:30 a.m. (Dkt. No. 44). My office promptly notified Sing Sing of the new date and time, and on July 11, 2026, the facility confirmed that Plaintiff was "on the calendar." However, on July 20, 2026, when my office attempted to confirm with Sing Sing that Plaintiff was still scheduled for the conference, they responded stating that he was not on the calendar, but that they could schedule him for 11:00 a.m.

In light of the foregoing, I respectfully request that the Court move the July 21, 2026

conference from 10:30 a.m. to 11:00 a.m. I apologize to the Court for the additional inconvenience incurred as a result of Plaintiff's scheduling complications.

I thank the Court for its attention to this matter.

Respectfully,

*<u>/s/ Daniel Luedtke</u>*
Daniel Luedtke
Assistant Attorney General
(212) 416-8213
daniel.luedtke@ag.ny.gov

cc: Valery LaTouche
DIN 05A5812
Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY 10562
(**<u>Via First Class Mail</u>**)